1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-7119
6   Fax: (916) 324-5205
    E-mail: Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Defendant D. Maydole*

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12

| | |
|---|---|
| **MARIA AGUIRRE, as personal representative of the Estate of JONATHAN VELARDE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; DONALD MAYDOLE; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-01297-MCE-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER**<br><br><br>Judge:         Hon. Gregory G. Hollows<br>Action Filed: June 9, 2016 |

23  ///
24  ///
25  ///
26
27
28
                                 1

Plaintiffs and Defendant D. Maydole, through their undersigned counsel, stipulate under Local Rule 144(a) to a forty-five day extension of time, giving Defendant Maydole until September 2, 2016, to respond to the Complaint. This is the parties' first stipulation for an extension of time to file a responsive pleading in this case.

**SO STIPULATED.**

Dated:  July 18, 2016                                           Respectfully submitted,

                                                                                        KAMALA D. HARRIS
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Maureen C. Onyeagbako*
_____
MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendant D. Maydole*

Dated:  July 18, 2016                                           Respectfully submitted,

LARRY RABINEAU
VIRGINIA NARIAN
Law Offices of Larry Rabineau

*/s/ Virginia Narian*
*(as authorized on July 18, 2016)*
_____
VIRGINIA NARIAN
*Attorneys  for Plaintiffs*

**IT IS SO ORDERED.**

Dated: July 20, 2016

                                                           /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

SA2016102835
12349033.doc

Stip. for Ext. of Time to File Responsive Pleading; [Proposed] Order (2:16-cv-01297-MCE-GGH)