IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AGUIRRE, as personal representative of the Estate of JONATHAN VELARDE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; DONALD MAYDOLE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01297-MCE-GGH<br><br>ORDER |

GOOD CAUSE APPEARING, Defendant Maydole's request to modify the Initial Pretrial Scheduling Order (Order, June 13, 2016, ECF No. 3) is granted.  The time within which the parties must confer under Federal Rule of Civil Procedure 26(f) is continued from August 29, 2016 to September 9, 2016.

**IT IS SO ORDERED.**

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1