KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
MAUREEN C. ONYEAGBAKO, State Bar No. 238419
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-7119
  Fax: (916) 324-5205
  E-mail: Maureen.Onyeagbako@doj.ca.gov
*Attorneys for Defendants Maydole, State of California, California Department of Corrections and Rehabilitation, and California Correctional Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIA AGUIRRE, as personal representative of the Estate of JONATHAN VELARDE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; DONALD MAYDOLE; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-01297-MCE-GGH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING; ORDER THEREON**<br><br>Judge:          Hon. Gregory G. Hollows<br>Action Filed:  June 9, 2016 |

Plaintiffs and Defendants State of California, California Department of Corrections and Rehabilitation, and California Correctional Center, through their undersigned counsel, stipulate under Local Rule 144(a) to a twenty-five day extension of time, giving Defendants until September 2, 2016, to respond to the Complaint. In the interest of judicial economy, this

1

stipulation will align the responsive pleading deadline for all Defendants in this case.  This is the undersigned parties' first stipulation for an extension of time to file a responsive pleading.

**SO STIPULATED.**

| | |
|---|---|
| Dated:  August 4, 2016 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>JON S. ALLIN<br>Supervising Deputy Attorney General |
| | */s/ Maureen C. Onyeagbako*<br>_____<br>MAUREEN C. ONYEAGBAKO<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  August 4, 2016 | Respectfully submitted, |
| | LARRY RABINEAU<br>VIRGINIA NARIAN<br>Law Offices of Larry Rabineau |
| | */s/ Virginia Narian*<br>*(as authorized on August 4, 2016)*<br>_____<br>VIRGINIA NARIAN<br>*Attorneys  for Plaintiffs* |

## ORDER

In accordance with the parties' foregoing stipulation, and good cause appearing, the time for Defendants to respond to Plaintiff's Complaint on file herein is extended to September 2, 2016.

IT IS SO ORDERED.

Dated:  August 11, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE