1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-7119
6    Fax: (916) 324-5205
     E-mail: Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Defendants Maydole, State
   of California, California Department of
8  Corrections and Rehabilitation, and
   California Correctional Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JONATHAN VELARDE, by and through his successor in interest, MARIA AGUIRRE, MARIA AGUIRRE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; WARDEN ROBERT GOWER; DONALD MAYDOLE; and DOES 1 through 10, inclusive,**<br><br>Defendants. | 2:16-cv-01297-MCE-GGH<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST TO STAY LITIGATION DEADLINES PENDING FINAL ORDER ON MOTION TO DISMISS; ORDER THEREON**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: N/A<br>Action Filed: June 9, 2016 |

/ / /

/ / /

/ / /

/ / /

1

Jt. Stip. to Cont. Hr'g on Mot. to Dismiss & Req. to Stay Deadlines until Final Order on Mot. to Dismiss;
Order Thereon (2:16-cv-01297-MCE-GGH)

Plaintiff Maria Aguirre and Defendants State of California, California Department of Corrections and Rehabilitation, California Correctional Center, and D. Maydole (collectively, the "Stipulating Parties"), stipulate and request modification of the Initial Pretrial Scheduling Order as follows:

1. Pending before the Court is Defendants' motion to dismiss the Amended Complaint, which is noticed for hearing on November 17, 2016. (Defs.' Mot. to Dismiss, Oct. 13, 2016, ECF No. 16.) Plaintiff's counsel, Virginia Narian, has requested to continue the hearing date because Plaintiff's November 3 deadline to respond to the motion conflicts with her pre-existing November 2 deadline to file an opposition to a motion for summary judgment in *Arnita Haley v. American Medical Response*, Case No. BC585596 (Los Angeles Cnty.). The Stipulating Parties agree that the hearing date should be continued to the next available date of December 1, 2016, in order to accommodate Ms. Narian's schedule.

2. The parties also agree to modify the briefing schedule for the motion to dismiss because the reply brief deadline falls on a state holiday and defense counsel will be out of the office and unavailable. Conflicts with the Thanksgiving holiday and defense counsel's pre-existing, pre-paid travel plans further constrain her availability between November 18 and November 24. Thus, the parties agree that Plaintiff shall file her opposition, if any, by November 9, and Defendants shall file their reply by November 18.

3. Additionally, Plaintiff's counsel has represented that a purported eyewitness to the prison riot alleged in this case, former inmate Alexander Santos, will be moving out of the State of California by November 21, 2016, and is not expected to return. Thus, Ms. Narian requests an accommodation to take Mr. Santos's deposition before November 21 and before finalizing a scheduling order in this case. In exchange, Plaintiff stipulates to stay all deadlines under Federal Rules of Civil Procedure 16 and 26, and under the Initial Pretrial Scheduling Order until after the Court issues a final order on Defendants' motion to dismiss the Amended Complaint. Defendants' agreement to participate in Santos's deposition does not constitute a willingness to begin any other discovery in this case. Additionally, this stipulation does not constitute a waiver

2

Jt. Stip. to Cont. Hr'g on Mot. to Dismiss & Req. to Stay Deadlines until Final Order on Mot. to Dismiss;
Order Thereon (2:16-cv-01297-MCE-GGH)

of objections to the Initial Pretrial Scheduling Order.

4. The Stipulating Parties further agree that there is good cause to continue all deadlines under Rules 16 and 26 and the Initial Pretrial Scheduling Order because the parties, claims, and defenses in this case remain uncertain in light of Defendants' motion to dismiss. This uncertainty precludes the parties from effectively preparing disclosures and discussing the discovery issues outlined in Rules 16 and 26. Additionally, Defendants' motion asserts qualified immunity, which should be resolved before imposing the expense and burden of discovery.

5. Based on the foregoing, the Stipulating Parties request that the Court stay all deadlines under Rules 16 and 26 and the Initial Pretrial Scheduling Order until after the Court issues a final order on Defendants' motion to dismiss. In the event that this case is not dismissed in its entirety, the Stipulating Parties request that new deadlines be set no sooner than twenty-one days following service of the final order on the motion to dismiss.

**SO STIPULATED.**

Dated:  October 28, 2016                                Respectfully submitted,

                                                        KAMALA D. HARRIS
                                                        Attorney General of California
                                                        JON S. ALLIN
                                                        Supervising Deputy Attorney General

                                                        */s/ Maureen Onyeagbako*

                                                        MAUREEN C. ONYEAGBAKO
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants Maydole, State of California, California Department of Corrections and Rehabilitation, and California Correctional Center*

Dated:  October 28, 2016                                Respectfully submitted,

                                                        LARRY RABINEAU
                                                        VIRGINIA NARIAN
                                                        Law Offices of Larry Rabineau

                                                        */s/ Virginia Narian*
                                                        *(as authorized on October 28, 2016)*

                                                        VIRGINIA NARIAN
                                                        *Attorneys  for Plaintiff Maria Aguirre*

**ORDER**

In accordance with the parties' foregoing stipulation, and good cause appearing, the hearing on Defendants' motion to dismiss the Amended Complaint shall be continued from November 17, 2016 to December 1, 2016 at 2:00 p.m.

Additionally, all deadlines under Federal Rules of Civil Procedure 16 and 26 and the Initial Pretrial Scheduling Order are stayed pending issuance of a final order on Defendants' motion to dismiss the Amended Complaint. If the case survives the motion to dismiss, new deadlines shall be set no sooner than twenty-one days following service of the Court's final order on Defendants' motion to dismiss.

**IT IS SO ORDERED.**

**Dated:  November 14, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE