1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7324
6   Fax: (916) 324-5205
    E-mail: Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Defendants Maydole, State
   of California, California Department of
8  Corrections and Rehabilitation, and
   California Correctional Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARIA AGUIRRE, as personal representative of the Estate of JONATHAN VELARDE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; DONALD MAYDOLE; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 2:16-cv-01297-MCE-GGH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br><br><br><br><br><br><br><br><br>Action Filed: June 9, 2016 |

Plaintiffs Maria Aguirre and the Estate of Jonathan Velarde, and Defendants State of California, California Department of Corrections and Rehabilitation, California Correctional Center, and D. Maydole (collectively, the "Stipulating Parties"), through their undersigned counsel, stipulate and request an order extending time to respond to the Second Amended Complaint (SAC):

1

1.  On September 29, 2017, the Court issued an order granting in part and denying in part Defendants' motion to dismiss the First Amended Complaint. (ECF No. 13.)

2.  Plaintiffs filed the SAC on October 9, 2017 (ECF No. 23), making a response due October 23, 2017.

3.  Defendants request an additional thirty days to file a responsive pleading to the SAC due to the unavailability of defense counsel, Maureen Onyeagbako. Defense counsel has had a number of pre-set and emergent assignments to address. These include work on a joinder to a motion to dismiss and supplemental memorandum of points and authorities in *Shabazz v. Beard*, No. 1:15-cv-00881-DAD-EPG (E.D. Cal.), filed October 16; initial disclosures and preparation of a joint status report in *Stacker v. CDCR*, No. 2:16-cv-2913-GHW (E.D. Cal.), due October 20; a reply brief in support of a motion to revoke plaintiff's *in forma pauperis* status in *Calloway v. Hayward*, No. 17-15244 (9th Cir.), due October 20; expert reports in *Benyamini v. Blackburn*, No. 2:13-cv-0205 MCE AC (E.D. Cal.), due October 24; Defendants' pretrial statement in *Benyamini*, due November 1; a scheduling conference appearance in *Joy v. Laszuk*, No. 1:16-cv-01652-LJO-EPG (E.D. Cal.) on November 1; a reply brief in support of the motion to dismiss in *Stacker*, due November 2; discovery responses in *Stacker*, due November 5; a settlement conference statement in *Jackson v. Sullivan*, No. 1:07-cv-00178–DAD-GSA (E.D. Cal.), due November 9; and a settlement conference appearance in *Jackson* on November 16. Ms. Onyeagbako was also out of the office and unavailable for a prearranged and prepaid conference with the State Bar on October 13, and will be out of the office November 2-3, for a prescheduled, prepaid meeting with the American Bar Association.

Additionally, Ms. Onyeagbako must assist with preparations for a hearing in *Coleman, et al., v. Brown, et al.*, Case No. 2:90-cv-00522-KJM-KJN (E.D. Cal.). *Coleman* is a long-running class action concerning mental-health care for California state prison inmates, in the remedial stage. The *Coleman* court ordered the parties to appear for a hearing on November 3, 2017. (ECF No. 5610 at 11.) The presentation of evidence at the November hearing will be substantial and voluminous, including testimony from dozens of witnesses and over one hundred

exhibits. The team of attorneys assigned to Coleman require additional assistance to prepare for the November 3 hearing, and I am currently assigned to assist with the hearing preparations.

4. Due to the aforementioned obligations and deadlines, defense counsel has not had an opportunity to confer with her clients and evaluate what type of responsive pleading to file. Thus, the Stipulating Parties agree that Defendants shall have an additional thirty days to file a responsive pleading to the SAC.

5. Based on the schedule of defense counsel, the Stipulating Parties agree that there is good cause to continue the deadline for filing a responsive pleading by thirty days, and request that the Court issue an order accordingly.

**SO STIPULATED.**

Dated: October 20, 2017

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Maureen C. Onyeagbako*

MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendants Maydole, State of California, California Department of Corrections and Rehabilitation, and California Correctional Center*

Dated: October 20, 2017

Respectfully submitted,

LARRY RABINEAU
VIRGINIA NARIAN
Law Offices of Larry Rabineau

*/s/ Virginia Narian*
*(as authorized on October 19, 2017)*

VIRGINIA NARIAN
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**Dated: October 23, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stip. for EOT to File Responsive Pleading to Second Am. Compl.; Order Thereon (2:16-cv-01297-MCE-GGH)