1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JAMES MATHISON, State Bar No. 149387
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 210-6274
6   Facsimile:  (916) 324-5205
    E-mail: James.Mathison@doj.ca.gov
7  *Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, California Correctional Center, and D. Maydole*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **JONATHAN VELARDE, by and through his successor in interest, MARIA AGUIRRE, MARIA AGUIRRE**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL CENTER; WARDEN ROBERT GOWER; DONALD MAYDOLE; and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No. 2:16-cv-01297-MCE-GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Maria Aguirre, individually and as successor-in-interest to Jonathan Velarde, and Defendants State of California, California Department of Corrections and Rehabilitation, and California Correctional Center, have resolved this action with respect to the claims against them only. Therefore, the parties stipulate to the dismissal of Defendants State of California, California Department of Corrections and Rehabilitation, and California Correctional Center from this

/ / /

1

action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and the dismissed Defendants shall bear their own litigation costs and attorneys' fees.

It is so stipulated.

Dated: January 11, 2018　　　　　Respectfully submitted,

LARRY RABINEAU
VIRGINIA NARIAN
Law Offices of Larry Rabineau

**/s/ Virginia Narian**

VIRGINIA NARIAN
*Attorneys for Plaintiffs*

Dated: January 11, 2018　　　　　Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

**/s/ James Mathison**

JAMES MATHISON
Deputy Attorney General
*Attorneys for Defendants D. Maydole, State of California, California Department of Corrections and Rehabilitation, and California Correctional Center*

**IT IS SO ORDERED.**

Dated: January 22, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE